JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA SUE WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>8 LA PIZZAS, et al.,<br><br>　　　　　Defendants. | Case No.  CV 19-3916-GW-AGRx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the Notice of Voluntary Dismissal [20], it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: January 2, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE